## Carpenter et al., Appellants, *v.* Rusin.

Argued January 10, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Miles Warner,* for appellants.

*Vincent J. LaBrasca* and *William J. Toy,* for appellees.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed at appellants' costs.